· Charles GODLOVE, Plaintiff–
· Appellant,

v.

MARTINSBURG SENIOR TOWERS, LP; Millennia Housing Management Ltd.; American Preservation Builders LLC, Defendants–Appellees.

No. 15–1540.

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2015.

Decided: July 23, 2015.

Charles Godlove, Appellant Pro Se. Jason S. Murphy, Susan Renee Snowden, Martin & Seibert, LC, Martinsburg, West Virginia; Gregory Ernest Kennedy, Franklin & Prokopik PC, Martinsburg, West Virginia, for Appellees.

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Godlove appeals the district court's orders denying his motion for appointment of counsel and granting Appellees' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Godlove v. Martinsburg Senior Towers,* LP, No. 3:14–cv00132–GMG–RWT (N.D.W.Va. Jan. 30, 3015, Apr. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*